# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# LAKE CHARLES DIVISION

| | |
|---|---|
| **DEMETRIUS BELL** | **CASE NO. 2:19-CV-01559** |
| **VERSUS** | **JUDGE JAMES D. CAIN, JR.** |
| **CASCADE CAPITAL LLC, ET AL.** | **MAGISTRATE JUDGE KAY** |

## JUDGMENT

For the reasons provided in the accompanying Memorandum Ruling,

**IT IS ORDERED, ADJUDGED,** and **DECREED** that the Motion to Dismiss [doc. 3] be **GRANTED** and that all claims in this matter be **DISMISSED WITH PREJUDICE** under Federal Rule of Civil Procedure 12(b)(6).

**THUS DONE AND SIGNED** in Chambers on this 3rd day of March, 2020.

**JAMES D. CAIN, JR.**
**UNITED STATES DISTRICT JUDGE**